No. 6994.

SUCCESSION OF ROBERT C. HYNSON.

A rule taken by some of the heirs of a testator against his executor, to shew cause why he should not deliver the succession to the heirs, will be discharged where the other heirs are not parties to the rule, and the minors are unrepresented.

APPEAL from the Parish Court of Rapides. PARISH, J.

State ex rel. Schwing *vs.* Judge.

*R. A. Hunter* for Plaintiffs in Rule Appellants.    *R. P. Hunter* for the Executor.

EGAN, J., delivered the opinion affirming the judgment.